16-464-SMY-SCW ①

FILED
APR 27 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

MY NAME IS RAINA S CAMPBELL

I AM ASKING TO BRING THIS CASE BECAUSE OF THE FAILURE OF MARION VA DOCTORS TO DIAGNOSE MY HUSBAND (DANNY CAMPBELL) LUNG CANCER IN A TIMELY MANNER. THAT WE COULD HAVE TREATED WHICH AT EARLIER STAGE.

HUSBAND STARTED COUGHING UP LARGE AMTS OF BLOOD IN NOV. 2009. HE WENT TO MARION VA ER., FAMILY FREIND WAS WITH HIM. THEY RAN X-RAYS, + SCANS. PERSON DOING SCANS SAID LOOKED LIKE HE POSSIBLE HAD CANCER. THAT IS WHAT IT LOOKED LIKE TO HIM.

DOCTORS TOLD US HE HAD LUNG INFECTION. SPOTS ON LUNGS PROBABLY WERE SCAR TISSUE, COPD, ETC.

GAVE MEDS FOR INFECTIONS AND MEDS TO SUPPRESS COUGHING. DOCTOR TOLD ME TO MAKE SURE TO GET HIM TO A HOSPITAL RIGHT AWAY IF STARTED COUGHING UP BLOOD IN BIG AMOUNTS THAT HE HAD DONE AGAIN. HAVE TO GET TO HOSPITAL BECAUSE LUNGS COULD FILL UP WITH BLOOD.

DANNY STARTED COUGHING UP BLOOD AGAIN IN A LARGE AMOUNT NOV. OF 2009 (FEW DAYS LATER) WERE IN CARBONDALE, ILL.

TOOK HIM TO ER AT CARBONDALE HOSPITAL. THEY DID TESTS INCLUDING CT SCANS. TOLD HE DID HAVE LUNG INFECTION. BUT WE WERE TOLD AND IN REPORT THAT FURTHER TESTING SHOULD BE DONE BECAUSE OF WHAT THEY SEEN ON SCANS.

GAVE HIM A DIFFERENT KIND OF MEDS FOR THE INFECTION. MARION VA WOULD NOT GIVE HIM THAT MED. SO HAD TO GET OURSELVES AT OUR LOCAL PHARMACY. PAID FOR BY US.

MY HUSBAND CONTINUED TO COUGH UP BLOOD ALL THE TIME IN SMALLER AMOUNTS. VA DOCTORS WOULD JUST DO LAB WORK AND GIVE HIM INHALERS, CAPSULES TO INHALE INTO LUNGS, AND MEDS TO SUPRESS HIS COUGHING. THEY A COUPLE OF TIMES OVER THE YEARS DID PULMONARY TEST. DR. TIFFIN TOLD HIM THAT HE DID TO GOOD ON TEST TO HAVE COPD.

Then in Oct. of 2012, they x-rays and scans. Because still had been coughing up blood this whole time, was short of breath, got winded easier, having chest pains and pain in back. He was also tired all the time. People that seen him day to day said he did not look well.

They also sent him to St. Louis VA (John Hopkins) for PET scan. Scan him from neck down.

Then they did a biopsy of lungs, told on Dec 4th. It was cancer. It was the slower type of cancer.

Back at Marion VA. Dr V-(chemo doctor) told us because of where it was located could not do surgery. Going to do radiation, and chemo at the same time basicly.

Dr V. would do chemo at Marion VA and had to contract him to Dr. Kao (Carbondale Hospital) because the VA did not have a radiologist at that time. Told was stage 3.

Went to Doctor Kao, went over test, asked where scan of head was. VA had not had one done. He told us he wanted one.

They scheduled him to get marked + started radiation treatments. Had to go back to Marion VA. to get head scan done. About a week later Dr. Tiffin (primary) told Danny and me scans were clear, fine, nothing there.

(Danny had been calling doctors for about a year because of dizzy spells, told him to take his blood pressure meds at different time. That is what was probably causing it.)

After Danny's first radiation treatment he was so dizzy he couldn't walk straight and very sick to stomach. VA doctor gave him so pills for the sickness. That night as 2nd rad. treatment. Could only eat a little bit of toast, then went to bed. A short time later heard a loud thump in bedroom and Danny hollering for me. Him couldn't hardly walk or stand, and said was going to be sick. My brother helped get him to chair, grabbed a trash can. But we had to hold him up because he would fall forward. This went on for a number of hours. Told Danny had to get him to hospital, because something

WAS REALLY WRONG, AND DID NOT BELIEVE HAD ANYTHING TO DO WITH THE TREATMENTS (2).

AMBULANCE PICKED HIM UP TOOK TO MARION VA ER. THEY LET HIM LAY IN THERE FOR A NUMBER OF HOURS, SAID WAS WAITING ON LAB WORK. FINAL SAID WAS GOING TO ATTMITE HIM. BECAUSE HE WAS PRETTY SICK LATER THAT EVENING DOCTORS CAME IN TOLD US HAD INNER EAR INFECTION, THAT IS WHY HE WAS SO DIZZY.

2nd DAY DANNY ASKED DOCTOR WHEN THE DIZZINESS STOP, TOLD US IT WOULD TAKE A WEEK OR 2 TO CLEAR UP. AND IN MEAN TIME COULD NOT BE TREATING HIS LUNG CANCER.

3rd DAY, DANNY ASK A NURSE WHY THEY WERE NOT DOING ANYTHING BUT BLOODWORK, NOT DOING ANY OTHER KINDS OF TEST. TO SEE WHAT ELSE POSSIBLE COULD MAKE A PERSON DIZZY, +SICK.

NURSE AGREED HAD TO MAKE DOCTOR ON DUTY TO SEND HIM FOR MORE TESTS STARTING WITH CT OF HEAD, 15 MINUTES AFTER BROUGHT BACK TO ROOM, NEW DOCTOR COMES IN, TOLD US HAD TO GET HIM OUT OF THERE BECAUSE THEY COULD NOT TAKE CARE OF WHAT WAS FOUND.

DANNY HAD 2 TUMOR ON BRAIN, THEY WERE BLEEDING. AND HIS BRAIN WAS SWELLING.

I DEMANDED HIM TO BE SENT TO SOUTH EAST HOSPITAL IN CAPE GIR MO. CALL A DR SCOTT GIBBS (NERO-SURROP) HE DID SURGEON ON DANNY FORBRAIN ANERYSM IN 2006. DOCTOR SAID NO HAD TO GO TO A VA HOSPITAL. I TOLD THEM IF THEY DIDN'T SEND HIM THERE I WOULD & WOULD CALL DR. GIBBS. 30 MINUTES LATER DIFFERENT PERSON CAME IN TOLD ME THEY HAD TAKE CARE OF EVERYTHING, AIR evac COMING TO PICK HIM UP AND HAD CALLED DR GIBBS. HE TOLD THEM WHAT TO GIVE HIM FOR BRAIN SWELLING. DR GIBBS CAME IN TO SPEAK WITH US AFTER HE HAD LOOKED OVER SCANS AND REPORTS VA SENT HIM.

DANNY AS HIM HOW COULD HE GO FROM NOTHING, FINE, HEAD CLEAR, THEN 10 DAYS LATER HAVE THIS. DR GIBBS TOLD US NO, THE TUMOR WERE THERE THE FIRST SCAN, JUST WAS NOT BLEEDING YET.

WHAT I DON'T UNDERSTAND WHY DOCTORS AT VA DO FURTHER TESTS, (BIOPSY, etc)
BACK WHEN FIRST STARTING COUGHIN UP BLOOD IN 2009.
THEY DID DO ANY REGULAR CHECKS ON HUSBANDS LUNGS. KNOWING THE
PROBLEM HE WAS HAVING. EVEN DOCTORS AT OTHER HOSPITALS ASK TO
SEE ALL BIOPSIES REPORT. ETC. FROM 2009, TOLD THEM DID NOT DO ANY.
AS SOON AS THEY WERE TOLD WAS BEING TAKEN CARE AT MARION VA
THE DOCTORS SHOOK THEIR HEAD & HAND AND SAID <u>NEVER mind</u>.

FROM EVERYTHING I WAS TOLD, TO EVERYTHING I READ.
IF SOMEONE WITH THE KIND OF CANCER HUSBAND HAD, IF THAT PERSON KNEW
AND CHOSE NOT TO HAVE TREATMENT. THEY WOULD USUALLY LIVE
3 TO 5 YEARS.

SO YOU CAN FIGURE IT UP, STARTED COUGHING UP BLOOD IN NOV. 2009
HE DIED JAN. 28th. 2013.

BY TIME MARION VA TOLD US THERE WAS A PROBLEM, LUNG CANCER, IT WAS
ALL READY TO LATE. EVEN IF HE HAD NOT LIVED A LONG TIME, WE
HAD THAT CHANCE TO TRY AND GET SOME MORE TIME, OR STOP IT.

THIS IS WHY I AM FILING THIS CASE.

*Raina S. Campbell*
RAINA S. CAMPBELL
21348 W. BOBTAIL Rd.
THOMPSONVILLE, Ill. 62890
618-218-0863